# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Howard Cohan, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case Number: 15-cv-4862 |
| | ) |
| | ) |
| | ) Judge: Hon. John R. Blakey |
| Akshar Murti Hospitality, Inc. | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE AND WITHOUT COSTS OR FEES TO EITHER PARTY

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, HOWARD COHAN, and Defendant, Akshar Murti Hospitality, Inc., stipulate, and the parties agree to dismiss this case, **with prejudice**, both sides to bear their own fees and costs. Therefore, the parties respectfully request this Honorable Court dismiss this case, **with prejudice**, both parties to bear their own fees and costs and for the court to retain jurisdiction to enforce settlement.

On Behalf of Plaintiff,

/s/ Ivo Tchernev
Ivo Tchernev, Esq.
Law Offices of Jacobson and Tchernev, Ltd.
33 N. Dearborn St., Suite 1907
Chicago, IL 60602
(312) 669-4441 Office
(312) 781-6732 Fax
legal@lawjtchicago.com
Illinois Bar Number: 6304132